SHERWOOD v. COMMISSIONER OF STATE LAND OFFICE.

1. WATERS—ISLAND IN GREAT LAKES—TITLE.

   The fee to an unsurveyed island in one of the Great Lakes, situated several hundred feet distant from the mainland, is in the State, and not in the riparian owner.

2. SAME—LAKE HURON—WHAT WATERS WITHIN.

   An island lying contiguous to the mainland of the Upper Peninsula, between Detour Passage and St. Joseph Island, is within the waters of Lake Huron, and not in St. Mary's river.

*Mandamus* by William L. Sherwood against William A. French, commissioner of the state land office, and James T. Bennett, to compel the respondent commissioner to execute a conveyance of certain lands to the relator. Submitted May 4, 1897. Writ granted May 28, 1897.

*John W. Shine*, for relator.

*Fred A. Maynard*, Attorney General, for respondent commissioner.

*Oren & Webster*, for respondent Bennett, shore owner.

· HOOKER, J. The relator asks a *mandamus* to compel a conveyance by the state land commissioner to him, as purchaser, of a small, unsurveyed island, lying contiguous to, and 600 feet distant from, the mainland of the Upper Peninsula, between Detour Passage and St. Joseph Island, at or near the north end of Lake Huron. Upon the one hand, viz., by the relator, it is contended that this island is situated in Lake Huron; upon the other, that it lies in St. Mary's river, and is, therefore, owned by the proprietor of the adjoining land, who is said to own to the thread of the stream. We are of the opinion that this island is within the body of water known as Lake Huron,

and therefore that the case is within the rule of *People* v. *Silberwood*, 110 Mich. 103.

The writ should issue, and it will be so ordered.

The other Justices concurred.